**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DEBORAH DAVIS,** : | |
|     **Plaintiff** : | |
| : | **No. 1:14-cv-0059** |
| : | |
| **v.** : | **(Judge Kane)** |
| : | |
| : | |
| **PENNSYLVANIA TURNPIKE** : | |
| **COMMISSION, <u>et al.</u>,** : | |
|     **Defendants** : | |

## <u>ORDER</u>

**ACCORDINGLY**, on this 2nd day of September 2016, **IT IS HEREBY ORDERED THAT** Defendants' motion for summary judgment (Doc. No. 72), is **GRANTED IN PART**. Count 1 for common law wrongful termination, Count IV for civil conspiracy, and Count V for First Amendment retaliation are **DISMISSED**. The Clerk of Court is directed to defer entering judgment on those counts until the remaining counts have been resolved.

<u>S/ Yvette Kane</u><br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania